*S. C. Crane* and *J. L. Cobb,* for plaintiff in error.
*C. D. Hill, solicitor-general,* contra.

---

## COBB *v.* THE STATE.

FISH, J. 1. Irrespective of the counter-showing made by the State, the motion of the accused for a continuance, upon the ground of absent witnesses, was insufficient, in that it was not shown that the application was not made for the purpose of delay. Penal Code, § 962; *Newsome* v. *State,* 61 *Ga.* 481; *Boggess* v. *Lowrey,* 78 *Ga.* 353; *Burnett* v. *State,* 87 *Ga.* 622; *Johnson* v. *State,* 95 *Ga.* 499; *Tomlin* v. *State,* ante.

2. The evidence warranted the verdict and there was no error in overruling the motion for a new trial.

*Judgment affirmed.   All the Justices concurring.*

Submitted February 19, — Decided February 27, 1900

Indictment for burglary.   Before Judge Harris.   Carroll superior court.   October term, 1899.

*W. P. Cole* and *Felix N. Cobb,* for plaintiff in error.
*T. A. Atkinson, solicitor-general,* contra.

---

## HALL *v.* THE STATE.

LITTLE, J. 1. The rulings of the trial judge in the admission of evidence, if erroneous at all, did not cause any injury to the accused.

2. There was no error in the particular parts of the charge of which complaint was made; they were pertinent, applicable to the issues raised, and in accordance with law.

3. Besides being cumulative in character, the newly discovered evidence was not legally sufficient to have changed the verdict.

4. The trial appears to have been fairly had, and all the substantial rights of the defendant fully guarded.   The evidence established the guilt of the accused beyond any reasonable doubt, and no legal reason appears why a new trial should have been granted.

*Judgment affirmed.   All the Justices concurring.*

Submitted February 19,— Decided February 27, 1900.

Indictment for murder.   Before Judge Littlejohn.   Macon superior court.   November term, 1899.

*C. L. DeVaughn, W. G. Harrison,* and *J. M. DuPree,* for plaintiff in error.   *J. M. Terrell, attorney-general,* and *F. A. Hooper, solicitor-general,* contra.